UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDERICK SILVERS<br><br>Defendant. | Case No. |

## INFORMATION

### COUNT ONE

Between on or about July 1, 2016, and continuing through on or about June 30, 2018, within the District of Columbia and elsewhere, the defendant, FREDERICK SILVERS, did directly, and indirectly, corruptly give, offer and promise a thing of value to a public official, with the intent to induce the public official to do an act and omit to do an act in violation of her lawful, official duty; that is, Silvers gave money to District of Columbia public official Dawne Dorsey so that Dorsey would provide Silvers with un-redacted Tenant Opportunity to Purchase Act offer of sale notices in violation of her lawful, official duty to keep such information confidential.

**(Bribery, in violation of Title 18, United States Code, Section 201(b)(1)(C))**

Respectfully submitted,

MICHAEL SHERWIN
Acting United States Attorney
D.C. Bar No. 4444188

By: */s/Elizabeth Aloi*
ELIZABETH ALOI
Assistant United States Attorney
NY Bar No. 4457651
United States Attorney's Office for the
    District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001