## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-124** |
| | : | |
| v. | : | **Judge:** Honorable Coleen K. Kotelly |
| | : | |
| **FREDERICK SILVERS** | : | **Next event:** Suppression Hearing July 18, 2022 |
| Defendant. | : | |

## DEFENDANT'S WITNESS LIST FOR THE JULY 18, 2022 SUPPRESSION HEARING

Defendant Frederick Silvers expects to call as witness for the July 18, 2022 hearing, one or both of the following individuals:

1. Faith Silvers
2. Gabrielle Silvers

Respectfully submitted,

/s/ Martinis Jackson

Martinis M. Jackson DC Bar #1020065

Jackson Legal Services PLLC

1629 K Street NW, Suite 300 Washington, D.C. 20006

Telephone: (301) 631-4964

Facsimile: (301) 851-6019

martinis.jackson@jlegalservices.com

Robinson & Geraldo, PC

Manuel R. Geraldo, DC Bar. 260216

1316 Pennsylvania Ave., DE Washington, DC 20003

T. 202.544.2888

F. 202.547.8342

Mgeraldo@rglaw.net

Attorneys for Defendant